UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-08761-CAS-RAOx | Date | August 17, 2026 |
| Title | Federal National Mortgage Association v. Artashes Vahani Sargsyan et al | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER |

| | | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** - ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On December 18, 2025, plaintiff Federal National Mortgage Association ("plaintiff") filed this unlawful detainer action against defendants Artashes Vahani Sargsyan, Victoria Yaroshenko, and Does 1 through X, (collectively, "defendants") in Los Angeles County Superior Court. Dkt. 1 at 8. Defendant Victoria Yaroshenko, pro se, removed the case to this Court on August 7, 2026. Id. at 1. Defendant Victoria Yaroshenko concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Defendant Victoria Yaroshenko asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 1-3 (citing 28 U.S.C. § 157 and § 1334(b)).

On August 14, 2026, this case was noticed as being identical to an earlier case: Federal National Mortgage Association v. Artashes Vahani Sargsyan et al, 2:26-cv-02503-CAS-RAO. Dkt. 7. On May 12, 2026, the Court remanded that earlier case for lack of subject matter jurisdiction. 2:26-cv-02503-CAS-RAO, Dkt. 9.

For the same reasons discussed in the Court's May 12, 2026 order, it appears that this Court lacks subject matter jurisdiction over this action. Id.

Accordingly, defendant Victoria Yaroshenko is hereby ORDERED TO SHOW CAUSE, in writing, on or before **August 25, 2026**, why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

| | | |
|---|---|---|
| | 00 | : 00 |
| Initials of Preparer | CMJ | |