UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL** **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-08761-CAS-RAOx | Date | September 4, 2026 |
| Title | Federal National Mortgage Association v. Artashes Vahani Sargsyan et al | | |

Present: The Honorable CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** – ORDER TO REMAND

On December 18, 2025, plaintiff Federal National Mortgage Association ("plaintiff") filed this unlawful detainer action against defendants Artashes Vahani Sargsyan, Victoria Yaroshenko, and Does 1 through X, (collectively, "defendants") in Los Angeles County Superior Court. Dkt. 1 at 8. Defendant Victoria Yaroshenko, pro se, removed the case to this Court on August 7, 2026. Id. at 1. Defendant Victoria Yaroshenko concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Defendant Victoria Yaroshenko asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 1-3 (citing 28 U.S.C. § 157 and § 1334(b)).

On August 14, 2026, this case was noticed as being identical to an earlier case: Federal National Mortgage Association v. Artashes Vahani Sargsyan et al, 2:26-cv-02503-CAS-RAO. Dkt. 7. On May 12, 2026, the Court remanded that earlier case for lack of subject matter jurisdiction. 2:26-cv-02503-CAS-RAO, Dkt. 9.

For the same reasons discussed in the Court's May 12, 2026 order, it appears that this Court lacks subject matter jurisdiction over this action. Id. On August 17, 2026, the Court ordered Defendant Victoria Yaroshenko to show cause, in writing, no later than August 25, 2026, why this case should not be remanded to Los Angeles County Superior Court. Dkt. 8. Defendant Victoria Yaroshenko has failed to respond to the order to show cause.

Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

00 : 00

Initials of Preparer CMJ